PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE JESUS AGUILAR-MADRIZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>JOSE JESUS AGUILAR-MADRIZ, )<br>Defendant. )<br>)<br>_____ ) | CASE NO. CASE NO. 2:11-cr-00365-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE SENTENCING DATE<br><br>Date:   January 10, 2014<br>Time: 9:00a.m.<br><br>Honorable Garland E. Burrell, Jr. |

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin

Lee, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Jose Jesus

Aguilar-Madriz, that the sentencing date scheduled for December 6, 2013 at 9:00 a.m. be vacated

and the sentencing date be continued to this Court's calendar January 10, 2014 at 9:00 a.m. Due

Mr. Martinez being unavailable, a probation interview has not yet been conducted with United

States Probation Officer Lisa Hage.  We are asking to continue the current sentencing date in

order to conduct a probation interview and allow the probation officer more time to prepare her

reports. Defense Counsel's office will be closed for two weeks in December.

The court is advised that counsel have conferred about this request that they have agreed to the court date of January 10, 2014 and that Mr. Lee has authorized Preciliano Martinez to sign this stipulation on his behalf.

Respectfully Submitted,

Dated: October 15, 2013

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
JOSE JESUS AGUILAR-MADRIZ

Dated: October 15, 2013

/s/ Justin Lee
Justin Lee
Assistant U.S. Attorney

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 6, 2013 sentencing date is hereby vacated and reset to January 10, 2014.

Dated: October 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge