PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JOSE JESUS AGUILAR-MADRIZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>vs.<br><br>JOSE JESUS AGUILAR-MADRIZ,<br>       Defendant. | CASE NO. CASE NO. 2:11-cr-00365-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE<br><br>Date:  February 21, 2014<br>Time: 9:00a.m.<br><br>Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Jose Jesus Aguilar-Madriz, that the sentencing date scheduled for January 10, 2014 at 9:00 a.m. be vacated and the sentencing date be continued to this Court's calendar February 21, 2014 at 9:00 a.m. Due to inadvertence from our office, we never received a copy of the informal objections and have not had the opportunity to file any objections to the pre-sentence report because we received the final report on Monday December 23, 2013. We need the additional time to prepare responses and adequately prepare for the sentencing.

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of February 21, 2014, and that Mr. Lee has authorized Preciliano Martinez to sign this stipulation on his behalf.

                                                     Respectfully Submitted,

Dated: December 27, 2013                    /s/ Preciliano Martinez
                                                   Preciliano Martinez
                                                   Attorney for Defendant
                                                   JOSE JESUS AGUILAR-MADRIZ

Dated: December 27, 2013                    /s/ Justin Lee
                                                   Justin Lee
                                                   Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current January 10, 2014, sentencing date is hereby vacated and reset to February 21, 2014.

Dated: January 6, 2014

                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge