UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:11-cr-00365-GEB |
|---|---|
| Plaintiff, | |
| v. | **RESPONSE TO FILINGS** |
| JOSE JESUS AGUILAR-MADRIZ, | |
| Defendant. | |

On April 22, 2015 Defendant's attorney filed what he characterized as "DEFENDANT'S AMENDED MOTION FOR RETROACTIVE APPLICATION OF AMENDMENT 782 TO THE UNITED STATES SENTENCING GUIDELINES," and he "asks the Court to hold this motion in abeyance to permit the filing of a supplemental motion within twenty-one days of the filing of the information packet pertaining to [Defendant's] case by this Court's United States Probation Office." (ECF. 359).  However, the docket does not reflect that any motion was filed. Since what was filed on April 22, 2015 has not been shown to constitute a viable motion, and because it references amending a motion that has not been filed, the April 22, 2015 filing is stricken. In addition, on October 20, 2016, Defendant filed a request that the Court "inform [him] of the status" of a motion he states was submitted "under Amendment 782." As stated above, no motion has been filed under Amendment 782.

Further, on June 27, 2016 Defendant proceeding Pro Se filed a motion for appointment of counsel to assist him "to file

1

a reduction of sentence under the supreme court decision [in] Johnson v. United states," concerning "the definition of "violent felony." (ECF 368). However, defendant has not shown that the referenced decision concerns his sentence and that he should be appointed an attorney.

Dated: October 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge