UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00365-1-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOSE JESUS AGUILAR MADRIZ, | |
| Defendant. | |

The United States of America shall file a written response, as soon as practicable, but no later than thirty days following the date on which this Order is filed, to the following motions filed by Defendant Jose Jesus Aguilar Madriz: April 17, 2017 motion "for sentence reduction pursuant to 18 U.S.C. § 3582 and retroactive amendment 782 U.S.S.G.," ECF No. 371, and Defendant's June 27, 2016 request for a "reduction of sentence under the supreme court decision [in] Johnson V. United states [sic], [in which] the court has struck down part of the definition [of the violent] felony" statute. ECF No. 368.

Dated: May 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge